(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

**DOUGLAS J. GROSS**
(Enter the full name of the plaintiff in this action)

v.

**RIC BRADSHAW, SHERIFF OF PALM BEACH COUNTY**
**CSP. BROWN, I.D. #7081**

_____

_____

(Above, enter the full name of the defendant(s) in this action)

FILED by ___ D.C.
FEB 10 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.



— PAGE 1 —

I. Party Information

A. PLAINTIFF: Douglas J. Gross
   ADDRESS: Palm Beach County Jail
   PO Box 24716
   West Palm Beach FL. 33416
   INMATE No. 0140139
   YEAR OF BIRTH: 1972

V.

B. DEFENDANT: Ric Bradshaw
   OFFICIAL POSITION: Palm Beach County Sheriff
   ADDRESS: Palm Beach County Jail
   3228 Gun Club Road
   West Palm Beach FL 33406

C. ADDITIONAL DEFENDANT: CSP. Brown ID.#7081
   OFFICIAL POSITION: Corrections Support Personnel
   ADDRESS: 3228 Gun Club Road,
   West Palm Beach, FL. 33406

— Page 2 —

## II. STATEMENT OF CLAIM

Palm Beach County Sheriff RIC BRADSHAW is allowing "Corrections Support" Employee BROWN I.D.#7081, and others, to turn off inmate telephones during legal daytime business hours, denying me legal phone calls to my attorneys, investigators, legal associations, the clerk of courts, etc., which violates my Due Process Rights, as well as other civil rights I retain under the United States Constitution. C.S.P. BROWN #7081 denied me these rights numerous times over the past month, as well as today again on 02-07-2016. I am forced to file this lawsuit today because my past "Inmate Grievance" forms on this issue were

— PAGE 3 —

NEVER ANSWERED OR ADDRESSED. OTHER WITNESSES ADVISED ME THAT C.S.P. BROWN #7081 HAS A LONG, DOCUMENTED, UNPROFFESSIONAL HISTORY OF TURNING OFF INMATE TELEPHONES DURING LEGAL CALLS BECAUSE SHE DOESN'T LIKE ONE INMATES "GESTURE" WHICH SHE INTERPRETS AS "LEWD", AND THEN TURNS THE PHONE OFF, DENYING ALL INMATES THE RIGHT TO USE THE PHONE. THIS POLICY WHICH SHE IS PERMITTED TO ENFORCE VIOLATES MY RIGHTS AS WELL AS ALL OTHER INMATES WHO DO NOT MAKE "LEWD GESTURES" AT C.S.P. BROWN WHILE ON THE TELEPHONE. TODAY, WHEN I ASKED TO HAVE THE PHONE TURNED BACK ON SO I CAN MAKE A LEGAL CALL TO MY ATTORNEY ON HIS ~~~~ PHONE,

— PAGE 4 —

C.S.P. BROWN MADE LEWD OBSCENE GESTURES AT ME. ON OTHER OCCASIONS WHEN MS. BROWN #7081 REFUSED TO TURN THE PHONE ON AND I SPOKE TO THE SHIFT SERGEANTS ABOUT IT, SEVERAL DIFFERENT SERGEANTS STATED, "IF ONE INMATE MASTURBATES WHILE ON THE PHONE, YOU ALL SUFFER.... ..NO PHONE ALL DAY." THIS POLICY MUST BE ORDERED STOPPED BY THE COURTS. I WILL PROVE MY CLAIM THROUGH <u>DOZENS</u> OF WITNESSES AS WELL AS DOCUMENTATION.

— PAGE 5 —

# III. Relief Requested

I want the Court to issue an injunction banning this policy of making myself suffer due process violations and denial of legal calls because of the ~~~~ unconstitutional policy enforced by the Sheriff, ~~ CSP Brown, and others. I want punitive damages to deter future denial of legal calls. I want compensatory damages. I want CSP Brown held liable in her official, as well as individual capacity. I want the Court to order all jail phones stay turned on for inmates such as myself to make legal calls, where "Corrections Support Personnel" cannot at random take it upon themselves to turn off the phones for personal reasons. I want C.S.P. disciplined.

# IV. Jury Demand. Do you want a jury trial? ☒ Yes ☐ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this \_\_\_7TH\_\_\_ day of \_\_\_FEBRUARY\_\_\_, 20\_16\_

X _(Signature of Plaintiff)_

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: \_\_2-07-16\_\_

X _(Signature of Plaintiff)_

PAGE 7



Douglas B. Cross #OH01139
Palm Beach County Jail
PO Box 24716
West Palm Beach, FL 33416

Clerk of the
United States District Court
Southern District of Florida
701 Clematis Street, Room 202
West Palm Beach, FL 33401